IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED IN OPEN COURT

APR 2 4 2023

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 1:23-cr-55 |
| POLINA L. PERELMAN, | ) |
| | ) |
| Defendant | ) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 19, 2022, in Loudoun County, Virginia, within the Eastern District of Virginia, the defendant, POLINA L. PERELMAN, willfully and knowingly and with intent to defraud the United States, did attempt to smuggle and clandestinely introduce into the United States merchandise which should have been invoiced, that is, 19 vials of animal DNA, including wildlife items protected by the Endangered Species Act and the Convention on International Trade in Endangered Species, namely, DNA of dhole and Siberian crane; and did attempt to pass through the customhouse a false, forged, and fraudulent document, that is, a Customs Declaration, CBP Form 6059, that falsely denied that she was bringing into the United States wildlife products and cell cultures, all in violation of Title 18, United States Code, Section 545.

Jessica D. Aber
United States Attorney

By: *Cristina C. Stam* (signature)
Cristina C. Stam
Gordon D. Kromberg
Assistant United States Attorneys