# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**
- City: Dulles
- County: Loudoun

- Under Seal: ☐
- Superseding Indictment:
- Same Defendant:
- Magistrate Judge Case No.:
- Search Warrant Case No.:

- Judge Assigned: Giles
- Criminal No.: 1:23CR55
- New Defendant:
- Arraignment Date:
- R. 20/R. 40 From:

**Defendant Information:**
- Defendant Name: Polina L. Perelman
- Alias(es):
- Juvenile ☐   FBI No.:
- Address: xxxxx Montview Square, Leesburg, VA 20176
- Employment:
- Birth Date: xx/xx/1974
- SSN: xxx-xx-4327
- Sex: Female
- Race:
- Nationality: Russian
- Place of Birth: Russia
- Height:
- Weight:
- Hair:
- Eyes:
- Scars/Tattoos:
- Interpreter: ☐   Language/Dialect:
- Auto Description:

**Location/Status:**
- Arrest Date:
- ☐ Already in Federal Custody as of:   in:
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☒ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

**Defense Counsel Information:**
- Name: Mark Cummings
- ☐ Court Appointed
- Counsel Conflicts:
- Address: 3800 Fairfax Drive Suite 7, Arlington, VA 22203
- ☒ Retained
- Phone: 703.525.0067
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**
- AUSA(s): Gordon Kromberg and Cristina Stam
- Phone: 703.299.3700
- Bar No.: 33676

**Complainant Agency - Address & Phone No. or Person & Title:**
HSI SA Daewoong Lim, Daewoong.Lim@hsi.dhs.gov, 703-687-2714

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1 | 18 USC 545 | smuggling | 1 | felony |
| Set 2 | | | | |

Date: 3/20/23   AUSA Signature: [signed]

*may be continued on reverse*